IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INDIVIDUAL NETWORK, LLC | § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 2-07CV-158 LED |
| APPLE, INC., | § § § | |
| DEFENDANT. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Individual Network, LLC ("Individual Network") and Defendant Apple Inc. ("Apple") announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Apple Inc. by Individual Network and against Individual Network by Apple herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all pending motions by Individual Network and Apple are denied as moot.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 30th day of November, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**